UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER WAYNE ROBERTSON,

  Petitioner,

  v.

JOE A. LIZARRAGA,

  Respondent.

Case No. 16-cv-06194-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges convictions he received in the San Luis Obispo County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 28, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER WAYNE ROBERTSON,

    Plaintiff,

    v.

JOE A. LIZARRAGA,

    Defendant.

Case No. 16-cv-06194-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roger Wayne Robertson ID: AE7391
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

Dated: November 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2